IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CITIBANK, N.A.,

    Plaintiff,                                      No. 2:10-cv-02169-GEB-KJN-PS

    vs.

MARTHA HAYWOOD,                          ORDER

    Defendant.
_____/

       On October 7, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant filed objections on October 22, 2010.

       Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

////

1

1  Accordingly, IT IS ORDERED that:

2  1. The Proposed Findings and Recommendations filed October 7, 2010, are ADOPTED; and

4  2. This action is summarily remanded to the Sacramento County Superior Court for lack of jurisdiction.

Dated: November 10, 2010

GARLAND E. BURRELL, JR.
United States District Judge

2